UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DASH REGULATORY TECHNOLOGIES, LLC,

                Plaintiff.

- against -

AXIOMSL, INC.,

                Defendant.

21-cv-8751 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    As discussed at the conference held today, the plaintiff may file a second amended complaint by January 21, 2022. The defendant must move or answer by February 25, 2022. The plaintiff's opposition to any motion to dismiss is due by March 11, 2022. The defendant's reply is due by March 23, 2022.

    If the defendant does not file a motion to dismiss, the parties are directed to file a Rule 26(f) report by March 11, 2022.

SO ORDERED.

Dated:    New York, New York
            January 6, 2022

                                            John G. Koeltl
                                      United States District Judge