```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DASH REGULATORY TECHNOLOGIES, LCC,

        Plaintiff,

- against -

AXIOM SOFTWARE LABORATORIES INC.,

        Defendant.

21-cv-8751 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

    The defendants should submit courtesy copies of all papers filed in connection with the fully briefed motion to dismiss the second amended complaint.

SO ORDERED.

Dated:    New York, New York
            September 8, 2022

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                              United States District Judge