UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DASH REGULATORY TECHNOLOGIES, LLC,

          Plaintiff,

- against -

AXIOM SOFTWARE LABORATORIES INC,

          Defendant.

21-cv-8751 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by April 20, 2023.

SO ORDERED.

Dated:    New York, New York
          April 5, 2023

                                      John G. Koeltl
                                  United States District Judge