UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DASH REGULATORY TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AXIOM SOFTWARE LABORATORIES, INC. <br><br> Defendant. | Case No. 1:21-cv-08751-JGK <br><br> **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY** |

The Court, having considered Plaintiff's Unopposed Motion for Substitution of Party pursuant to Federal Rule of Civil Procedure 25(c), hereby ORDERS as follows:

The motion to substitute Adenza, Inc. in place of Axiom Software Laboratories, Inc. as Defendant in this action, pursuant to Federal Rule of Civil Procedure 25(c), is hereby GRANTED.

> The Clerk of Court is respectfully directed to close ECF No. 48, and to modify the case caption as set forth above.

**SO ORDERED.**

Dated: May 24, 2023

_____
SARAH L. CAVE
United States Magistrate Judge